PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carmine Petrillo      Cr.: 04-00174-002

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 01/05/05

Original Offense: Conspiracy to Commit Theft of a Foreign Shipment

Original Sentence: 4 months imprisonment; 3 years supervised release; $186,874.37 restitution; $100 special assessment. Special conditions: 4 months home confinement with electronic monitoring, financial disclosure, and no new debt.

Type of Supervision: Supervised Release      Date Supervision Commenced: 06/09/05

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows.

The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. In lieu of the outstanding restitution obligation, the defendant is excused from paying the costs of electronic monitoring.

## CAUSE

On July 5, 2007, Petrillo was issued multiple motor vehicle summonses by the New Jersey State Police, including operating a motor vehicle without insurance or registration. He failed to report this contact with law enforcement within the allotted time period.

Respectfully submitted,

By: Joseph Empirio
     U.S. Probation Officer
Date: 08/21/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date: 9/3/07